UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: <br><br> Janice Renee Bone-McClellan | CASE NO: 22-12964 <br> **DECLARATION OF MAILING** <br> **CERTIFICATE OF SERVICE** <br> Chapter: 13 <br> ECF Docket Reference No. 2 |

On 10/26/2022, I did cause a copy of the following documents, described below,

robert@danecki.com ECF Docket Reference No. 2

robert@danecki.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/26/2022

/s/ Robert R. Danecki
Robert R. Danecki  92105

Danecki Law Firm, P.L.C.
P.O. Box 1938
Little Rock, AR  72203
501 371 0002
robert@danecki.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>Janice Renee Bone-McClellan | CASE NO: 22-12964<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 2 |

On 10/26/2022, a copy of the following documents, described below,

robert@danecki.com ECF Docket Reference No. 2

robert@danecki.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/26/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert R. Danecki
Danecki Law Firm, P.L.C.
P.O. Box 1938
Little Rock, AR  72203

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE EXCLUDED ADDRESSES)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS MAIL | CASE INFO | EXCLUDE |
|---|---|---|
| DEPART OF FINANCE AND ADMIN<br>LARRY WALTHIER DIRECTOR<br>PO BOX 3278<br>LITTLE ROCK AR 72203 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-12964<br>EASTERN DISTRICT OF ARKANSAS<br>WED OCT 26 8-45-8 PST 2022 | CENTRAL DIVISION<br>US BANKRUPTCY COURT<br>300 W 2ND STREET<br>LITTLE ROCK  AR 72201-2400 |
| ADVANCED PHYSICAL THERAPY LR<br>10014 N RODNEY PARHAM  STE 103<br>LITTLE ROCK  AR 72227-5587 | ARKANSAS DEPARTMENT OF FINANCE AND ADMIN<br>REVENUE LEGAL COUNSEL<br>PO BOX 1272  RM 2380<br>LITTLE ROCK  AR 72203-1272 | ARKANSAS DEPARTMENT OF WORKFORCE SERVICE<br>LEGAL DIVISION<br>PO BOX 2981<br>LITTLE ROCK  AR 72203-2981 |
| ARMSTRONG AND ASSOCIATES<br>PO BOX 1787<br>MOBILE  AL 36633-1787 | ASPIRE CREDIT CARD<br>ATTN BANKRUPTCY<br>PO BOX 105555<br>ATLANTA  GA 30348-5555 | BAPTIST HEALTH<br>PO BOX 25748<br>LITTLE ROCK  AR 72221-5748 |
| CARECENTRIX<br>PO BOX 277947<br>ATLANTA  GA 30384-7947 | CENTRAL ARKANSAS GASTROENTEROLOGY<br>PO BOX 55073<br>LITTLE ROCK  AR 72215-5073 | COMENITY BANKCATHERINES<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 |
| COMENITY BANKJESSICA LONDON<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | COMENITY BANKWOMAN<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | COMENITYBANKONETOP<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 |
| COMENITYBANKONESTOP<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS  NV 89193-8873 |
| DEPARTMENT OF FINANCE AND ADMINISTRATION<br>LEGAL DIVISION<br>PO BOX 1272<br>LITTLE ROCK  AR 72203-1272 | FINGERHUT<br>ATTN BANKRUPTCY<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD  MN 56303-0820 | FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS  SD 57117-5524 |
| (P)FOCUS RECEIVABLES MANAGEMENT LLC<br>1130 NORTHCHASE PARKWAY STE 150<br>MARIETTA GA 30067-6429 | GENESIS FS CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON  OR 97076-4401 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | NAVIENT SOLUTIONS INC<br>ATTN BANKRUPTCY<br>PO BOX 9500<br>WILKES-BARRE  PA 18773-9500 | (P)PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (DUPLICATE ADDRESS)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PROFESSIONAL CREDIT MANAGEMENT INC<br>PO BOX 4037<br>JONESBORO  AR 72403-4037 | SEQUIUM ASSET SOLUITIONS  LLC<br>1130 NORTHCHASE PARKWAY<br>SUITE 150<br>MARIETTA  GA 30067-6429 | ST VINCENT HEALTH SYSTEM<br>TWO VINCENT CIRCLE<br>LITTLE ROCK  AR 72205-5499 |
| SYNCHRONY BANKJCPENNEY<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | THE BANK OF NEW YORK MELLON<br>NATIONSTAR MTG LLC<br>PO BOX 619096<br>DALLAS  TX 75261-9096 | US ATTORNEY  EASTERN DISTRICT<br>PO BOX 1229<br>LITTLE ROCK  AR 72203-1229 |
| US TRUSTEE (UST)<br>OFFICE OF U S TRUSTEE<br>200 W CAPITOL  STE 1200<br>LITTLE ROCK  AR 72201-3618 | UAMS<br>PO BOX 504962<br>SAINT LOUIS  MO 63150-4962 | WILLIAMS CHIROPRACTIC CARE<br>1200 BARROW ROAD<br>SUITE 112<br>LITTLE ROCK  AR 72205-6528 |
| DEBTOR<br>JANICE RENEE BONEMCCLELLAN<br>5 SANTIAGO DRIVE<br>SHERWOOD  AR 72120-1723 | ~~EXCLUDE~~<br>~~MARK T MCCARTY~~<br>~~CHAPTER 13 STANDING TRUSTEE~~<br>~~BLINE 1 877-951-7471 CODE4545532B~~<br>~~BLINE 2 877-692-1036 CODE7210329B~~<br>~~PO BOX 5006~~<br>~~N LITTLE ROCK  AR 72119-5006~~ | ~~EXCLUDE~~<br>~~ROBERT R DANECKI~~<br>~~ATTORNEY AT LAW~~<br>~~PO BOX 1938~~<br>~~LITTLE ROCK  AR 72203-1938~~ |

ADDRESSES WHERE THE ABOVE PARTIES WERE SERVED VIA THE ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| (U.S. Trustee) | (Trustee) | (Debtor) |
|---|---|---|
| U.S. Trustee (ust)<br>Office Of U. S. Trustee<br>200 W Capitol, Ste. 1200<br>Little Rock, AR 72201<br><br>USTPRegion13.LR.ECF@usdoj.gov | Mark T. McCarty<br>Chapter 13 Standing Trustee<br>Line 1: 877-951-7471 code4545532<br>Line 2: 877-692-1036 code7210329<br>P.O. Box 5006<br>N. Little Rock, AR 72119-5006<br><br>ecfmail@ch13ark.com | Janice Renee Bone-McClellan<br>5 Santiago Drive<br>Sherwood, AR 72120-1723<br>represented by:<br>Robert R. Danecki<br>Attorney at Law<br>P.O. Box 1938<br>Little Rock, AR 72203-1938<br><br>Robert@danecki.com |